**Order entered January 31, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01448-CR

**CARIS DENELL BRYANT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F15-23635-J**

## ORDER

On January 23, 2017, the Court was notified that appellant's counsel, Gregory Neugebauer, had died. In light of this notification, we **ORDER** the trial court to make findings regarding whether Neugebauer is deceased and, if the trial court finds that Neugebauer is deceased, to appoint new counsel to represent appellant on appeal.

We **ORDER** the trial court to transmit to the Court, within **FOURTEEN DAYS** of the date of this order, a supplemental clerk's record containing the trial court's findings and, if appropriate, an order appointing new counsel. We **ABATE** the appeal to allow the trial court to comply with this order. We will reinstate the appeal when we receive the supplemental record.

/s/    LANA MYERS
        JUSTICE